UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CUSTOM COMPOUNDING LLC
d/b/a PLYMOUTH MEDICAL, a
New York limited liability
company,

   Plaintiff,

v.          Case No.:  2:26-cv-727-SPC-NPM

EMCYTE CORPORATION, a
Florida corporation,

   Defendant.

_____

## OPINION AND ORDER

This case involves Defendant EmCyte Corporation's purported misappropriation of Plaintiff Custom Compounding Medical LLC's confidential business information.  During the preliminary injunction hearing, certain sensitive business information was discussed.  Plaintiff filed a Motion to Redact Hearing Transcript seeking to redact such information, specifically its total revenue in 2025 and the confidential names of its clients.  (Doc. 58). Defendant does not oppose the motion.  (Doc. 61).

Although the Eleventh Circuit recognizes a "presumptive common law right to inspect and copy judicial records," *United States v. Rosenthal*, 763 F.2d 1291, 1292–93 (11th Cir. 1985), a party may overcome the public's right to

access by demonstrating good cause. *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007). And courts in this District have recognized that "maintaining the privacy of confidential business information" can constitute good cause. *McLaughlin v. Select Rehab., LLC*, No. 3:22-CV-59-HES-MCR, 2024 WL 4201615, at *2 (M.D. Fla. Sept. 16, 2024) (collecting cases); *see also Callahan v. United Network for Organ Sharing*, 17 F.4th 1356, 1363 (11th Cir. 2021) ("Concerns about trade secrets or other proprietary information, for example, can overcome the public interest in access to judicial documents."). The Court thus finds Plaintiff has shown good cause for the limited redactions.

The Clerk and/or Court Reporter are directed to redact the monetary value of Plaintiff's total revenue in 2025 found at Doc. 44 at 24:24–25, and the name of Plaintiff's clients identified in the transcript (Doc. 44) at:

- 15:3
- 30:5, 64:5–6, 64:9, 70:17–18, and 70:25;
- 41:24, 42:4, 42:15, 42:21, 43:22, 44:18, 44:23, 45:7, 45:13, and 47:5;
- 48:16, 48:21, and 49:9;
- 125:13, 125:16; and
- 128:23–24.

Accordingly, it is

**ORDERED:**

1. Plaintiff's Unopposed Motion to Redact Hearing Transcript (Doc. 58) is **GRANTED**.

2. The Clerk and/or Court Reporter are **DIRECTED** to **REDACT** the preliminary injunction hearing transcript (Doc. 44) as outlined above.

**DONE** and **ORDERED** in Fort Myers, Florida on May 5, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

3